APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW PERRONG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RUSHMORE ENERGY, LLC | : | NO. 2:19-cv-01367-JP |

FILED
APR 15 2019
KATE BARKMAN, Clerk
Dep. Clerk

## ORDER

AND NOW, this 15th Day of April, 2019, it is hereby ORDERED that the application of Anthony Paronich, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.

ENTD APR 15 2019