| | |
|---|---|
| **BLANK ROME LLP**<br>BY:  Matthew P. *Rubba*, Esquire<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103<br>Tel. (215) 569-5500<br>Fax. (215) 569-5555<br>Email: MRubba@BlankRome.com | *Counsel for Defendant,*<br>*Rushmore Energy, LLC* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG,<br><br>                    Plaintiff,<br><br>v.<br><br>RUSHMORE ENERGY, LLC,<br><br>                    Defendant. | Case No. 2:19-cv-01367-JP |

### JOINT STIPULATION EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT

It is hereby STIPULATED and AGREED between plaintiff, Andrew Perrong ("Plaintiff") and defendant, Rushmore Energy, LLC., ("Defendant") by and through their respective counsel, that Defendant's deadline to respond to Plaintiff's Complaint is extended until Monday, May 13, 2019.

| | |
|---|---|
| /s/ Clayton S. Morrow<br>Clayton S. Morrow, Esquire<br>Attorney for Plaintiff | /s/ Matthew P. Rubba<br>Matthew P. Rubba, Esquire<br>*Attorney for Defendant* |
| Date:  April 26, 2019 | Date:  April 26, 2019 |

**BY THE COURT:**

Date: _____

_____ J.

119277103v.1

## CERTIFICATE OF SERVICE

I, Matthew P. Rubba, Esquire certify that on April 26, 2019 I caused a true and accurate copy of the foregoing Joint Stipulation Extending Defendant's Deadline to Respond to Plaintiff's Complaint to be served via the Court's Electronic Filing system on counsel as noted below:

>Anthony Paronich, Esquire
>Broderick & Pronich, P.C.
>99 High Street, Suite 304
>Boston, MA 02110
>
>Clayton S. Morrow, Esquire
>Morrow & Artim, P.C.
>304 Ross Street, 7th Floor
>Pittsburgh, PA 15219

>/s/ *Matthew P. Rubba*
>Matthew P. Rubba

119277103v.1