**BLANK ROME LLP**
BY: Matthew P. *Rubba*, Esquire
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Tel. (215) 569-5500
Fax. (215) 569-5555
Email: MRubba@BlankRome.com

*Counsel for Defendant,*
*Rushmore Energy, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG,<br><br>                Plaintiff,<br>v.<br><br>RUSHMORE ENERGY, LLC,<br><br>                Defendant. | Case No. 2:19-cv-01367-JP |

### JOINT STIPULATION EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT

It is hereby STIPULATED and AGREED between plaintiff, Andrew Perrong ("Plaintiff") and defendant, Rushmore Energy, LLC., ("Defendant") by and through their respective counsel, that Defendant's deadline to respond to Plaintiff's Complaint is extended an additional thirty (30) days, until Wednesday, June 12, 2019. In the event Plaintiff files an Amended Complaint, Defendant's deadline to respond to such a pleading shall be no sooner than June 12, 2019.

/s/ Anthony Paronich
Anthony Paronich, Esquire
*Attorney for Plaintiff*

Date: May 9, 2019

/s/ Matthew P. Rubba
Matthew P. Rubba, Esquire
*Attorney for Defendant*

Date: May 9, 2019

119630804v 1            1.

BY THE COURT:

Date: 5/13/2019

                                                                        _____ J.

119630804v1